UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| DEWAYNE GEE, | Case No. 25-11550 |
| Plaintiff, | F. Kay Behm |
| v. | United States District Judge |
| EXPERIAN INC., | Kimberly G. Altman |
| Defendant. | United States Magistrate Judge |
| _____/ | |

**OPINION AND ORDER ACCEPTING AND ADOPTING
THE MAGISTRATE JUDGE'S DECEMBER 30, 2025,
REPORT AND RECOMMENDATION (ECF No. 34) AND
DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT
WITHOUT PREJUDICE (ECF No. 31)**

Currently before the court is Magistrate Judge Altman's December 30, 2025 Report and Recommendation (ECF No. 34). Judge Altman recommends that Plaintiff's Motion for Summary Judgment (ECF No. 31) be denied without prejudice as premature, because Plaintiff filed his motion prior to discovery occurring and Defendant has properly shown by affidavit that they cannot yet present facts essential to justify their opposition to the motion. *See* Fed. R. Civ. P. 56(d). The court is fully advised in the premises and has reviewed the record and the pleadings. Neither party has filed timely objections. "[T]he failure

to object to the magistrate judge's report[] releases the Court from its duty to independently review the matter." *Hall v. Rawal*, 2012 WL 3639070 (E.D. Mich. Aug. 24, 2012) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)). The court nevertheless agrees with the Magistrate Judge's recommended disposition.

The court **ACCEPTS** and **ADOPTS** the Magistrate Judge's Report and Recommendation (ECF No. 34) and **DENIES** the Motion for Summary Judgment (ECF No. 31) **WITHOUT PREJUDICE**.

**SO ORDERED**.

Date: January 21, 2026            s/F. Kay Behm
                                  F. Kay Behm
                                  United States District Judge